UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARNIK MAURICIO RODRIGUEZ,  CIVIL NO. 17-664 (SRN/DTS)

  Plaintiff,

v.  ORDER

FEDERAL RESERVE BANK
OF MINNEAPOLIS,

  Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 10, 2017 [Doc. No. 15]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 30, 2017

                              s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge